ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS

     \*    OF MARYLAND

        Petitioner    \*

     \*    Misc. Docket AG

v.    \*

     \*    No. \_\_33\_\_

MARK GALBRAITH    \*

     \*    September Term, 2015

        Respondent    \*

     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action pursuant to Maryland Rule 16-773(b), with attached certified copy of an Order issued September 12, 2014 by the Virginia State Bar Disciplinary Board (Attachment A), wherein the Virginia State Bar revoked the Respondent's license; and with attached certified copy of an Order issued April 30, 2015 by the District of Columbia Court of Appeals (Attachment B), wherein the District of Columbia Court of Appeals disbarred Respondent from the practice of law; and it appearing that said Mark Galbraith is admitted to the Bar of this Court;

NOW, THEREFORE, it is this  13th  day of  August , 2015,

ORDERED, by the Court of Appeals of Maryland, pursuant to Maryland Rule 16-773(d), that Mark Galbraith, Respondent, be, and he hereby is, suspended, effective immediately, from the practice of law in this State, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Mark Galbraith from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all courts in this State in accordance with Maryland Rule 16-760(e).

/s/ Clayton Greene Jr.
JUDGE